# UNITED STATES BANKRUPTCY COURT

In Re: _____Alfredson, Gregory J_____        Case No. _____
                **Debtor**                              (if known)

                                              Chapter _____13_____

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ 281.00 in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $ __70.25__        Check one ☒ With the filing of the petition, or
                               ☒ On or before _____

   $ __70.25__        on or before __08/25/2012__

   $ __70.25__        on or before __09/25/2012__

   $ __70.25__        on or before __10/25/2012__

   $ 70.25            11/25/2012

\* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____        _____Gregory J. Alfredson_____  7-24-2012
**Signature of Attorney**     Date        **Signature of Debtor**        Date

_____        _____
**Name of Attorney**                      **Signature of Joint Debtor**    Date

# FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

JUL 24 2012

KENNETH S. GARDNER, CLERK
DEPUTY CLERK - LD

# UNITED STATES BANKRUPTCY COURT

In Re: _____Alfredson, Gregory J_____   Case No. _____
**Debtor**                                          (if known)

                                         Chapter         13

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

[✓] IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

[ ] IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____   Check one  [ ] With the filing of the petition, or
                          [ ] On or before

$ _____   on or before _____

$ _____   on or before _____

$ _____   on or before _____

[ ] IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

                                    BY THE COURT

                                    **KENNETH S. GARDNER**
                                    Clerk of the U.S. Bankruptcy Court

Date: 7-24-12

                                    _United States Bankruptcy Judge_